UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

ALBERT L. WHEATLEY,                    )
                                       )
                    Plaintiff,         )        Case No. 1-05-1270
                                       )
        v.                             )        Judge James D. Todd
                                       )
A.O. SMITH CORP., et al.,              )
                                       )
                    Defendants.        )


## ORDER

Upon motion of Doris C. Allen to be admitted pro hac vice in the above-referenced

matter on behalf of Defendant Metropolitan Life Insurance Company for good cause

shown,

IT IS HEREBY ORDERED that Doris C. Allen is admitted to practice before this

Court as an attorney of record for Defendant Metropolitan Life Insurance Company in this

proceeding.

This 28th day of November, 2005.

_____
UNITED STATES DISTRICT JUDGE


This document entered on the docket sheet in compliance
with Rule 58 and/or 79 (a) FRCP on 12/1/05

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 8 in case 1:05-CV-01270 was distributed by fax, mail, or direct printing on December 1, 2005 to the parties listed.

---

Doris C. Allen
Berstein, Stair & McAdams, LLP
4823 Old Kingston Pike, STE 300
Knoxville, TN 37919

Thomas S. Scott
BALL & SCOTT
550 W. Main Ave.
Ste. 750
Knoxville, TN 37902

Christopher T. Cain
BALL & SCOTT
550 W. Main Ave.
Ste. 750
Knoxville, TN 37902

Bernard E. Bernstein
Bernstein, Stair & McAdams, LLP
4823 Old Kingston Pike, STE 300
Knoxville, TN 37919

Patrick Barrett
BARRETT LAW OFFICES, P.A.
One Burton Hills Blvd.
Ste. 380
Nashville, TN 37215

Henry C. Shelton
ARMSTRONG ALLEN, PLLC
80 Monroe Avenue
Ste. 700
Memphis, TN 38103--246

Honorable James Todd
US DISTRICT COURT